IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RENNE BACA,

        Plaintiff,                    No. 2:13-cv-0141 AC P

    vs.

CARMELINO GALANG,

        Defendant.              <u>ORDER</u>

                            /

        Plaintiff pro se in this prisoner civil rights action has consented to the jurisdiction of the undersigned. ECF No. 4. By order filed March 20. 2013 (ECF No. 5), plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. In the March 20th order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

////

////

////

////

1 |        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 | prejudice.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).
3 | DATED: May 1, 2013.

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
baca0141.fta